IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS ANDREW BALL, personally and as Trustee of the Eleanor R. Ball Living Trust,<br><br>    Plaintiff,<br><br> v.<br><br>MID-COUNTRY BANKSHARES, d/b/a Mid-Country Bank; THE NEELEY LAW FIRM; and JOSEPH J. NEELEY, ESQ.,<br><br>    Defendants. | CAUSE NO. 08-CV-656-WDS |

# O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiff's pro se motion for leave to proceed *in forma pauperis* (Doc. 2). Before reaching the merits of plaintiff's motion, the Court must determine if it has jurisdiction over this matter and will construe plaintiff's pro se complaint liberally to determine if there is any manner in which the plaintiff would have a meritorious claim. *Donald v. Cook County Sheriff's Dep't.*, 95 F.3d 548, 555 (7th Cir. 1996). Dennis Andrew Ball, a resident of Williamson County, Illinois, seeks recovery from three residents of Metropolis, Illinois, Mid-County Bank Shares d/b/a Mid-Country Bank, The Neeley Law Firm, and Joseph J. Neeley, Esq. The complaint alleges that complete diversity between the parties serves as the basis for the Court's jurisdiction over this matter pursuant to 28 U.S.C. § 1332. However, the Court **FINDS** that it does not have jurisdiction because the parties to this lawsuit are not diverse. Although the underlying subject matter of this lawsuit involves an Arizona trust, that trust is not a party to this suit and, therefore, cannot create diversity jurisdiction.

Accordingly, the Court *sua sponte* **DISMISSES** this cause of action for want of jurisdiction. The Court, therefore, **DENIES** plaintiff's motion to proceed *in forma pauperis* (Doc. 2), motion for mediation (Doc. 3), and motion for service of process (Doc. 4) as moot. The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: October 3**, **2008**

                                          **s/ WILLIAM D. STIEHL**
                                                **District Judge**